**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01585-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JACQUES PIERRE WARD

Plaintiff,

v.

LT. BLAND,

Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On July 22, 2015, Jacques Pierre Ward, submitted to the Court a Letter, ECF No. 1. The purpose for submitting this document to the Court is not clear. Mr. Ward does not indicate if he intends to initiate a civil action. However, to be sure that Mr. Ward is provided the benefit of the doubt the Court has initiated this action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the Letter is deficient as described in this Order. Mr. Ward will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Mr. Ward files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(a) _X_ is not submitted
(b) ___ is missing affidavit
(c) _X_ is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing

(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) X is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) X other: If Mr. Ward seeks to proceed with this action, rather than proceed pursuant to 28 U.S.C. § 1915, Mr. Ward may pay the filing fee of $350.00.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) X is not on proper form (Mr. Ward may find the Court-approved forms at www.cod.uscourts.gov.)
(13) X is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Mr. Ward cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Ward files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Williams shall obtain the Prisoner Complaint form, and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Mr. Ward must use the Court-approved forms when curing the deficiencies. It is

FURTHER ORDERED that, if Mr. Ward fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without

further notice.

DATED July 28, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge